



## MEMORANDUM OPINION

No. 04-11-00607-CV

**IN RE** Ronald Dale **BENNETT**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
                Rebecca Simmons, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  August 31, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On August 19, 2011, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-CI-01359, styled *Robert C. Hasslocher and Julie Himoff v. Williams Brothers Construction Co., Inc., et al.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon J. Casseb, III presiding. However, the Honorable Barbara Hanson Nellermoe, presiding judge of the 45th Judicial District Court, Bexar County, Texas, presided over the hearing that resulted in the order complained of, and the Honorable John D. Gabriel, presiding judge of the 131st Judicial District Court, Bexar County, Texas, signed the order complained of.